UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ADAM TREJO, JR.,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More of |
| | : | Cocaine Base); |
| | : | 18 U.S.C. §924(h) |
| | : | (Unlawful Transfer of a Firearm) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 17, 2004, within the District of Columbia, **ADAM TREJO, JR.**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

**COUNT TWO**

On or about August 17, 2004, within the District of Columbia, **ADAM TREJO, JR.**, did transfer a firearm, that is, a Ruger .45 caliber revolver, knowing that this firearm would be used to

commit a drug trafficking offense, that is, unlawful distribution of cocaine base, a felony punishable under the Controlled Substance Act.

    (**Unlawful Transfer of a Firearm**, in violation of Title 18, United States Code, Section 924(h))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.