UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **V.** | : | **Criminal No.: 06-MJ-259-JMF** |
| | : | **Judge Facciola** |
| | : | |
| **ADAM TREJO** | : | |

MOTION TO ENTER APPEARANCE

Please enter Jon W. Norris as retained counsel of record in the above captioned matter. Counsel is in good standing with the District of Columbia Bar.

Respectfully Submitted,

Jon W. Norris (Bar # 426105)
LAW OFFICES OF JON NORRIS
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695