## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | **Criminal No.: 06-CR-169 (RWR)** |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

### JOINT MOTION TO CONTINUE STATUS HEARING

Defendant, Adam Trejo, through undersigned counsel and the United States Government as represented by Assistant United States Attorney Emery Cole, respectfully requests a continuance in the above captioned matter.

In support of this Motion, counsel states the following:

1. The above captioned matter is currently set for status hearing on July 14, 2006 before this Honorable Court.

2. This matter was last before the Court on June 30, 2006. It was continued until today's date. A detention hearing was set before Magistrate Judge Robinson on July 5, 2006. That detention hearing was continued at the request of the parties until July 20, 2006.

3. In hopes that this matter can be resolved, the parties who are in communication are requesting that today's hearing be continued beyond the scheduled July 20, 2006 detention hearing.

4. The parties also request that Mr. Trejo's status on Heightened Supervision remain the same

5. Undersigned counsel has spoken with AUSA, Emery Cole who joins in this motion. Undersigned counsel and Mr. Cole have discussed potential new dates for this status hearing. If this Honorable Court is available, both parties are suggesting Tuesday August 1, 2006, Wednesday August 2, 2006 or Thursday August 3, 2006.

WHEREFORE, it is respectfully submitted that this Motion to Continue be granted.

Respectfully Submitted;

_____
Jon W. Norris
THE LAW OFFICES OF JON W. NORRIS
641 Indiana Ave. NW
Second Floor
Washington D.C., 20004
(202) 842-2695
(202) 842-2627 fax.