UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) Criminal Action No. 06-169 (RWR) | |
| | ) | |
| ADAM TREJO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

ORDERED that the joint motion to continue the status hearing scheduled for July 14, 2006 be, and hereby is, GRANTED. The status hearing is rescheduled for July 31, 2006 at 12:30 p.m. It is further

ORDERED that the time under the Speedy Trial Act be, and hereby is, EXCLUDED from the date of this Order through July 31, 2006. I find it in the interests of justice to grant the requested continuance, and those interests outweigh the interests of the parties in a speedier trial. The reason for the continuance is to permit the parties an opportunity, given the exercise of due diligence, to continue their efforts to resolve this case short of trial.

SIGNED this 14th day of July, 2006.

RICHARD W. ROBERTS
United States District Judge

FILED
JUL 17 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT