UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | **Criminal No.: 06-CR-169 (RWR)** |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

**MOTION TO CONTINUE DETENTION HEARING**

Defendant, Adam Trejo, through undersigned counsel, and the United States Government, through Assistant United States Attorney Emery Cole, respectfully requests a continuance in the above captioned matter.

In support of this Motion, counsel states the following:

1. The above captioned matter is currently set for a detention hearing on July 20, 2006 before this The Honorable Magistrate Judge Deborah Robinson.

2. A detention hearing was set before Magistrate Judge Robinson on July 5, 2006. That detention hearing was continued at the request of the parties until July 20, 2006. There is currently a status hearing scheduled for July 31, 2006 before the Honorable Judge Richard W. Roberts.

3. Undersigned counsel has another matter in Montgomery County District Court at 1:00pm on the same date that cannot be continued to a different date.

4. Both undersigned counsel and the government respectfully requests that the detention hearing be continued until the same day as status hearing, which is already scheduled for July 31, 2006.

5.  Undersigned Counsel has spoken to AUSA Emery Cole, who joins in this motion.

**WHEREFORE**, it is respectfully submitted that this Motion to Continue be granted.

Respectfully Submitted;

_____

Jon W. Norris
THE LAW OFFICES OF JON W. NORRIS
641 Indiana Ave. NW
Second Floor
Washington D.C., 20004
(202) 842-2695
(202) 842-2627 fax.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | **Criminal No.: 06-CR-169 (RWR)** |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

## ORDER

  This matter having come before the Court on Mr. Trejo's motion to continue the detention hearing to the date of the status hearing and after conducting a review of the Motion, it is hereby ORDERED that Mr. Trejo's Motion is GRANTED on this _____ day of July 2006.

                     _____
                     Magistrate Judge Robinson


cc:

Jon W. Norris, Esq.
Counsel for Thomas Elder
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Emery Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 Fourth St. NW
Washington D.C. 20530