UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| V | :  Criminal No.: 06-CR-169 (RWR) |
| | : |
| ADAM TREJO | : |

### ORDER

This matter having come before the Court on Mr. Trejo's motion to continue the detention hearing to the date of the status hearing and after conducting a review of the Motion, it is hereby ORDERED that Mr. Trejo's Motion is GRANTED on this _____ day of July 2006.

_____
Magistrate Judge Robinson

cc:

Jon W. Norris, Esq.
Counsel for Thomas Elder
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Emery Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 Fourth St. NW
Washington D.C. 20530