UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 5 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES              :
                           :
V                          :    Criminal No.: 06-CR-169 (RWR)
                           :
                           :
ADAM TREJO                 :

### ORDER

This matter having come before the Court on the <u>Joint Motion to Continue Status Hearing</u> filed by the parties, and after conducting a review of the Motion, it is hereby **ORDERED** that Mr. Trejo's Motion is **GRANTED** on this 5th day of September, 2006 and **FURTHER ORDERED** that the new date for the status hearing is the 4th day of October, 2006 at 4:45 pm, before Judge Roberts. Speedy Trial Act time is excluded from today through October 4, 2006 for the same reasons and based upon the same findings as were stated on the record on July 31, 2006.

_____
Judge Richard W. Roberts

cc:

Jon W. Norris, Esq.
Counsel for Adam Trejo
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Emery Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 Fourth St. NW
Washington D.C. 20530