UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | **Criminal No.: 06-CR-169 (RWR)** |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

Defendant, Adam Trejo, through undersigned counsel, and the United States Government, through Assistant United States Attorney Emery Cole, respectfully requests a continuance of the October 4, 2006 status hearing in the above captioned matter.

In support of this Motion, counsel states the following:

1. The above captioned matter is currently set for a status hearing on October 4, 2006 before this Honorable Court.

2. Both undersigned counsel and the government through Assistant United States Attorney Emery Cole, respectfully requests that this status hearing be continued to allow time to resolve outstanding matters.

5. The parties would suggest if the Court is available, that the matter be continued to an afternoon hearing approximately one month out. Again, undersigned Counsel has spoken to AUSA Emery Cole, who joins in this motion.

**WHEREFORE**, it is respectfully submitted that this Motion to Continue Status Hearing be granted.

Respectfully Submitted;

_____
Jon W. Norris
THE LAW OFFICES OF JON W. NORRIS
641 Indiana Ave. NW
Second Floor
Washington D.C., 20004
(202) 842-2695
(202) 842-2627 fax.
Counsel for Adam Trejo