UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | Criminal No.: 06-CR-169 (RWR) |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

## ORDER

This matter having come before the Court on the <u>Joint Motion to Continue Status Hearing</u> filed by the parties, and after conducting a review of the Motion, it is hereby

**ORDERED** that Mr. Trejo's Motion is **GRANTED** on this _____ day of October, 2006 and **FURTHER ORDERED** that the new date for the status hearing is the _____ day of _____, 2006 at _____pm, before Judge Roberts.

_____
Judge Richard W. Roberts

cc:

Jon W. Norris, Esq.
Counsel for Adam Trejo
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Emery Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 Fourth St. NW
Washington D.C. 20530