UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | Criminal No.: 06-CR-169 (RWR) |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

Defendant, Adam Trejo, through undersigned counsel and the United States Government as represented by Assistant United States Attorney Emery Cole, respectfully requests a continuance in the above captioned matter.

In support of this Motion, counsel states the following:

1. The above captioned matter is currently set for status hearing on November 3, 2006 at 3:00pm before this Honorable Court.

2. The parties have now reached an agreement, which will result in the entry of a guilty plea.

3. Defense counsel is currently in trial and the parties are jointly requesting that this matter be continued for the entry of a plea on December 11, 2006. The defendant is waiving his speedy trial rights, at least until December 11, 2006

4. The parties also request that Mr. Trejo's status of release remain the same.

5. Undersigned counsel has spoken with AUSA, Emery Cole who joins in this motion. Undersigned counsel and Mr. Cole have discussed potential new dates for this status hearing. If this Honorable Court is available, both parties are suggesting Monday, December 11, 2006.

**WHEREFORE,** it is respectfully submitted that this Motion to Continue be granted.

Respectfully Submitted;

_____

Jon W. Norris
THE LAW OFFICES OF JON W. NORRIS
641 Indiana Ave. NW
Second Floor
Washington D.C., 20004
(202) 842-2695
(202) 842-2627 fax.