UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | Criminal No.: 06-CR-169 (RWR) |
| | : | |
| | : | |
| **ADAM TREJO** | : | |

## ORDER

This matter having come before the Court on the <u>Joint Motion to Continue Status Hearing</u> filed by the parties, and after conducting a review of the Motion, and finding that the defendant has waived his speedy trial rights at least until December 11, 2006, it is hereby **ORDERED** that the parties joint Motion is **GRANTED** on this _____ day of November, 2006 and **FURTHER ORDERED** that this matter is scheduled for the entry of a plea on the 11th day of December, 2006 at 10:00am, before Judge Roberts.

_____
Judge Richard W. Roberts

cc:

Jon W. Norris, Esq.
Counsel for Adam Trejo
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Emery Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 Fourth St. NW
Washington D.C. 20530