UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v | : | Criminal No.: 06-CR-169 (RWR) |
| | : | |
| ADAM TREJO | : | |

### ORDER

This matter having come before the Court on the <u>Joint Motion to Continue Status Hearing</u> filed by the parties, and after conducting a review of the Motion, and finding that the defendant has waived his speedy trial rights at least until December 11, 2006, it is hereby **ORDERED** that the parties joint Motion is **GRANTED** on this 9th day of November, 2006 and **FURTHER ORDERED** that this matter is scheduled for the entry of a plea on the 11th day of December, 2006 at 10:00am, before Judge Roberts. The continuance serves the ends of justice which outweigh the best interest of the parties and the public in a speedier trial because a disposition short of trial and continuity of counsel will be achieved. Speedy Trial time is excluded until December 11, 2006.

_____
Judge Richard W. Roberts

cc:

Jon W. Norris, Esq.
Counsel for Adam Trejo
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Emery Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 Fourth St. NW
Washington D.C. 20530