UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-169 |
| | : | |
| v. | : | |
| | : | |
| ADAM TREJO, | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE PLEA DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant, Jon Norris, Esq., hereby moves by way of this motion to continue the plea date in the above-mentioned case.

1. The above captioned case is currently set for a plea hearing on December 11, 2006, at 10:00 am.

2. The parties have reached an agreement which will result in the defendant's entry of a guilty plea.

3. Counsel for the defendant has been in a federal trial which has lasted for several months and is not expected to conclude until sometime next week. Counsel for the defendant needs additional time to review all the issues with the defendant. Moreover, the defendant, in the interest of justice, is waiving his speedy trial rights, at least until December 22, 2006.

4. The parties also request that the defendant status of release remain the same.

5. Undersigned counsel for the government has spoken with counsel for the defendant, Jon Norris, Esq., who joins in this request. The parties would respectfully request that the Court set the new plea date on December 20-22, 2006.

   WHEREFORE, the parties requests that the joint motion to continue the plea date in the above-mentioned case be Granted.

                                             Respectfully submitted,
                                             JEFFREY A. TAYLOR
                                             United States Attorney


                                             _____/s/_____
                                             EMORY V. COLE
                                             Assistant United States Attorney
                                             555 4th Street, N.W.
                                             Washington, D.C. 20001
                                             (202) 616-3388