UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | |
| : | **Criminal No. 06-169** |
| **ADAM TREJO,** : | |
| **Defendant.** : | |

### ORDER

Upon the joint motion to continue the plea date in the above-mentioned case, the Court hereby grants the joint request to continue the plea date to December ___, 2006.  The continuance serves the ends of justice which outweigh the best interest of the parties and the public in a speedier trial because a disposition short of trial and continuity of counsel will be achieved.  Speedy trial time in hereby excluded until December ___, 2006.

_____
UNITED STATES DISTRICT COURT