# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
                        :

       v.           :

                       :     Criminal No. 06-169

ADAM TREJO,        :

             Defendant.  :

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

      Upon the joint motion to continue the plea date in the above-mentioned case, the Court

hereby grants the joint request to continue the plea date to December *20*, 2006. *at 10 a.m.* The continuance

serves the ends of justice which outweigh the best interest of the parties and the public in a speedier

trial because a disposition short of trial and continuity of counsel will be achieved. Speedy trial time

is hereby excluded *from December 11, 2006* until December *20*, 2006.

 

 

                            _____
                            UNITED STATES DISTRICT COURT